**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

KELSIE ALLEN, BY AND THROUGH
HER MOTHER AS GUARDIAN AND
NEXT FRIEND, DIANA ALLEN,                                       PLAINTIFF,

VS.                                             CIVIL ACTION NO. 2:07CV128-P-A

BOYD TUNICA, INC. D/B/A SAM'S
TOWN HOTEL & GAMBLING HALL,
KOHLER CO., and DOES 1-10,                                      DEFENDANTS.

**PARTIAL FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant Boyd Tunica, Inc.'s Motion for Summary Judgment [69] is **GRANTED**; therefore,

(2) Pursuant to Fed. R. Civ. P. 54(b), the court concludes that since there is no just reason for delay, final judgment as to the plaintiff's claims against Boyd Tunica, Inc. is entered and those claims are **DISMISSED WITH PREJUDICE**;

(3) Since the discovery period is over and the plaintiff has articulated no further claims against any additional named defendants, the plaintiff's claims against Does 1 through 10 are **DISMISSED WITH PREJUDICE**;

(3) Because the court was informed that the plaintiff has settled her claims against Kohler Co. , but the court has received no documentation regarding same, this case will remain open until such time the parties submit a proposed final judgment as to the plaintiff's claims against Kohler Co.

**SO ORDERED** this the 27th day of April, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE